# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 27, 2008

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

131710 & (21)(25)(28)(29)(31)

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

KENNEDY MATTHEWS,
      Defendant-Appellant.

SC: 131710
COA: 266473
Wayne CC: 68-048017-01

_____/

      On order of the Court, the motion to remand to add issues is DENIED. The motion requesting alternative relief for that motion is GRANTED, insofar as this Court has considered the substantive claims raised in the motion to remand. The application for leave to appeal the June 7, 2006 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D). The motions to hold this case in abeyance are denied as moot.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 27, 2008

_____
Clerk

d1020